


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE ANDERSON STROUD,

    Petitioner,

v.

DAVID PITKINS,
Superintendent; THE DISTRICT ATTORNEY OF
PHILADELPHIA; and THE ATTORNEY
GENERAL OF THE STATE OF
PENNSYLVANIA,

    Respondents.

CIVIL ACTION
NO. 14-1759

FILED
OCT 30 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this ___ day of October, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and the objections/response filed by Petitioner, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

2. The petition for writ of habeas corpus is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

Jeffrey L. Schmehl, J.

---

[1] Because Petitioner's objections to the Report and Recommendation do not address or reference the untimeliness of his petition in any way, they do not call into question its conclusion that the petition is untimely by nearly sixteen years.